UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0016-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TODD JONES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Todd Jones' unopposed motion to continue disposition (Dkt. No. 20). Mr. Jones is currently in the hospital and has requested the Court continue his disposition. (*Id.*) This motion is GRANTED. Mr. Jones' disposition is continued from June 13, 2017 to July 7, 2017 at 9 a.m.

DATED this 12th day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
