THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0016-JCC |
|---|---|
| Plaintiff, | ORDER GRANTING EXPEDITED REVIEW OF DETENTION HEARING |
| v. | |
| TODD JONES, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for expedited review of the detention hearing held before the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 30). For the reasons explained herein, Defendant's motion is GRANTED. On expedited *de novo* review of the detention hearing, the Court ORDERS Defendant be released to a halfway house.

Mr. Jones has a final evidentiary hearing on revocation of supervised release scheduled for July 7, 2017. (*Id.* at 1.) On June 19 and June 22, Mr. Jones failed to report to the probation office, however he called his probation officer the next day. (Dkt. No. 23.) On June 23, Mr. Jones's probation officer requested a warrant for his arrest. (*Id.*) However, later that day, Mr. Jones reported to the probation office and signed a modification of his supervised release, stipulating to his residence in a halfway house for up to 120 days. (Dkt. No 30-1.) On June 26, Mr. Jones again reported to the probation office, believing he was going to enter a halfway

house. (Dkt. No. 30 at 2.) Instead he was arrested. (Dkt. No. 28.)

At the request of defense counsel, the detention hearing was continued one day so that counsel could discuss Mr. Jones's situation with Probation and the Government. (Dkt. No. 30 at 2.) At the detention hearing on June 27, the Government, Probation, and Mr. Jones agreed that he should be released to a halfway house. The Government, Probation, and Mr. Jones continue to support his release to a halfway house. The Court does not find Mr. Jones to be a flight risk or danger to the community, so long as he remains under the increased oversight of a halfway house. Accordingly, the Court ORDERS Mr. Jones be immediately released from detention into a halfway house.

DATED this 29th day of June, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE